**Order entered June 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00190-CV

### JULIE STULL & JMJ PRODUCTION, Appellants

### V.

### GENERAL MEDIA COMMUNICATIONS, INC. ET AL, Appellees

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-00402-E**

## ORDER

We **DENY** appellants' June 4, 2013 motion for continuance without prejudice to filing a

motion waiving oral argument.


            /s/     MOLLY FRANCIS
                  JUSTICE